**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CHRISTOPHER R. BILLUPS,**          CASE NO. 2:08-cv-00782
                                                **JUDGE FROST**
       Petitioner,                      **MAGISTRATE JUDGE ABEL**

**v.**

**PHILLIP KERNS, Warden,**

       Respondent.

## OPINION AND ORDER

On January 12, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed. The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

       **IT IS SO ORDERED**.

                                                       /s/ Gregory L. Frost
                                                     GREGORY L. FROST
                                                     United States District Judge